# PLAINTIFF'S EXHIBIT 1

## CARLISLE INDIAN INDUSTRIAL SCHOOL.

DESCRIPTIVE AND HISTORICAL RECORD OF STUDENT.

| NUMBER | ENGLISH NAME | AGENCY | NATION |
|---|---|---|---|
| 1778. | Edward Hensley | Omaha & W. | Winnebago |

| BAND | INDIAN NAME | HOME ADDRESS |
|---|---|---|
| | | Ward of Julia Prophet |

| PARENTS LIVING OR DEAD | | BLOOD | AGE | HEIGHTH | WEIGHT | FORCED INSP. | FORCED EXPR. | SEX. |
|---|---|---|---|---|---|---|---|---|
| FATHER, Dead | MOTHER, Dead | Full | 17 | 5-8 | 140 | 41½ | 39½ | m |

| ARRIVED AT SCHOOL | FOR WHAT PERIOD | DATE DISCHARGED | CAUSE OF DISCHARGE |
|---|---|---|---|
| Sept. 7. 1895 | 5 years | June 29. 1899 | Died |

| TO COUNTRY | PATRONS NAME AND ADDRESS | | FROM COUNTRY |
|---|---|---|---|
| Apr. 30, 96 | G. Frees Hulmeville | Pa. | Sep. 12, 96 |
| Mar. 31, 97 | J. Shaw Carversville | " | " 11, 97 |
| June 25, 98 | E. Carrell Bridge Valley | " | Jul. 4, 98 |

SHAW-WALKER MUSKEGON 5478

**Plaintiff's Exhibit 1**
**Page 1**