# PLAINTIFF'S EXHIBIT 2

**CARLISLE INDIAN INDUSTRIAL SCHOOL.**

DESCRIPTIVE AND HISTORICAL RECORD OF STUDENT. *Dead*

| NUMBER | ENGLISH NAME | AGENCY | NATION |
|---|---|---|---|
| 1775 | Samuel Gilbert | Oma. & Winn. | Winnebago |

| BAND | INDIAN NAME | HOME ADDRESS |
|---|---|---|
| | La-coo-hoo-he-kaw | White gull |

| PARENTS LIVING OR DEAD | | BLOOD | AGE | HEIGHTH | WEIGHT | FORCED INSP. | FORCED EXPR. | SEX. |
|---|---|---|---|---|---|---|---|---|
| FATHER, Dead | MOTHER, Living | 1/4 | 19 | 5-8½ | 127 | 32 | 29 | m |

| ARRIVED AT SCHOOL | FOR WHAT PERIOD | DATE DISCHARGED | CAUSE OF DISCHARGE |
|---|---|---|---|
| Sept. 7. 1895 | 5 years | Oct. 24. 1895 | Died |

| TO COUNTRY | PATRONS NAME AND ADDRESS | FROM COUNTRY |
|---|---|---|
| | | |

SHAW-WALKER MUSKEGON 5478

**Plaintiff's Exhibit 2**
**Page 1**