# PLAINTIFF'S EXHIBIT 3

# Ground Penetrating Radar Survey of the Carlisle Indian School Cemetery Old Burial Ground and the Carlisle Barracks Post Cemetery

U.S. Army Garrison, Carlisle Barracks, Carlisle, Pennsylvania




ERG-NSA JV

# Ground Penetrating Radar Survey of the Carlisle Indian School Cemetery Old Burial Ground and the Carlisle Barracks Post Cemetery

U.S. Army Garrison, Carlisle Barracks, Carlisle, Pennsylvania

Contract W912P9-16-D-0015, Task Order 10

Report submitted to:

U.S. Army Corps of Engineers, St. Louis District • Mandatory Center of Expertise for the Curation and Management of Archaeological Collections • 1222 Spruce Street • St. Louis, Missouri 63103

Report prepared by:

New South Associates • 6150 East Ponce de Leon Avenue • Stone Mountain, Georgia 30083

and

Environmental Research Group • 843 West 36th Street • Suite 200 • Baltimore, MD 21211



J.W. Joseph, Ph.D., RPA – Principal Investigator

Shawn M. Patch, RPA, New South Associates – Geophysical Specialist and Co-Author
J. W. Joseph, Ph.D., RPA, New South Associates – Principal Investigator and Co-Author

15 February 2017 • Final Report
New South Associates Technical Report 2660

Figure 1.
Location of Carlisle Barracks Old Burial Ground and Post Cemetery




Imagery Source: USDA NAIP 2015