# PLAINTIFF’S EXHIBIT 4

**Subject:** FW: [Non-DoD Source] Re: Winnebago Tribe of Nebraska Students
**Attachments:** image001.png; image007.png; Carlisle - Archival Research Report - July 2017v2.pdf; CBPC Native American Decedent List as of 1 Aug 2018.pdf

**From:** "Gilfillan, Mark A CIV USARMY CESPA (USA)" [redacted]
**Date:** July 27, 2021 at 2:03:15 PM CDT
**Subject: RE: [Non-DoD Source] Re: Winnebago Tribe of Nebraska Students**

For our discussion in a few minutes.

https://armycemeteries.army.mil/Cemeteries/Carlisle-Barracks-Main-Post-Cemetery

In Service,

Mark Gilfillan
Project Manager/Senior Tribal Liaison
US Army Corps of Engineers-Tribal Nations Technical Center of Expertise
[redacted]

https://www.spa.usace.army.mil/Missions/TNTCX/

Please note: Our out of the office notification has been disabled. If I do not respond to your message in a few days, I may be out of the office. I will respond as soon as I am able. Thank you.

The U.S. Army Corps of Engineers Tribal Policy Principles: Recognize Tribal sovereignty – Honor the Trust responsibility – Engage in government-to-government relationships- Engage in pre-decisional Consultation – Promote economic capacity building and growth – Protect natural and cultural resources. USACE will comply with the Native American Graves Protection and Repatriation Act and act to ensure reasonable access to sacred sites.

---

**From:** Sunshine Bear [redacted]
**Sent:** Tuesday, July 27, 2021 10:06 AM
**To:** Gilfillan, Mark A CIV USARMY CESPA (USA) [redacted]
**Subject:** Re: [Non-DoD Source] Re: Winnebago Tribe of Nebraska Students

Ok I am central if you can send me an invite that would work I have the afternoon free.

**Respectfully,**

*Sunshine Thomas-Bear*

*Wihokiri Wiga*

Cultural Preservation Director

THPO Office/Angel De Cora Museum

Little Priest Tribal College - Thunder Clan Building

[redacted]

**"Just because something works doesn't mean it can't be improved."**

CONFIDENTIALITY NOTICE: This email, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.

---

**From:** Gilfillan, Mark A CIV USARMY CESPA (USA) [redacted]
**Sent:** Friday, July 23, 2021 12:23 PM
**To:** Sunshine Bear [redacted]
**Cc:** [redacted]
**Subject:** RE: [Non-DoD Source] Re: Winnebago Tribe of Nebraska Students

Sunshine-

Thank you. Let's connect next Wednesday, July 28, in the afternoon for a more robust discussion. I am Mountain Time.

In Service,

Mark Gilfillan
Project Manager/Senior Tribal Liaison
US Army Corps of Engineers-Tribal Nations Technical Center of Expertise
[redacted]
<image001.png>

https://www.spa.usace.army.mil/Missions/TNTCX/

Please note: Our out of the office notification has been disabled. If I do not respond to your message in a few days, I may be out of the office. I will respond as soon as I am able. Thank you.

The U.S. Army Corps of Engineers Tribal Policy Principles: Recognize Tribal sovereignty – Honor the Trust responsibility – Engage in government-to-government relationships- Engage in pre-decisional Consultation – Promote economic capacity building and growth – Protect natural and cultural resources. USACE will comply with the Native American Graves Protection and Repatriation Act and act to ensure reasonable access to sacred sites.

---

**From:** Sunshine Bear [redacted]
**Sent:** Friday, July 23, 2021 8:15 AM
**To:** Gilfillan, Mark A CIV USARMY CESPA (USA) [redacted]
**Subject:** Re: [Non-DoD Source] Re: Winnebago Tribe of Nebraska Students

Mark

I am open on Wednesday of next week?

**Respectfully,**

*Sunshine Thomas-Bear*

*Wihokiri Wiga*

Cultural Preservation Director

THPO Office/Angel De Cora Museum

Little Priest Tribal College - Thunder Clan Building

[redacted]

**"Just because something works doesn't mean it can't be improved."**

CONFIDENTIALITY NOTICE: This email, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.

---

**From:** Gilfillan, Mark A CIV USARMY CESPA (USA) [redacted]
**Sent:** Thursday, July 22, 2021 4:51 PM
**To:** Sunshine Bear [redacted]
**Subject:** RE: [Non-DoD Source] Re: Winnebago Tribe of Nebraska Students

Sunshine-

My contact information is below. I will be able to assist you anytime next week. Thank you.

In Service,

Mark Gilfillan
Project Manager/Senior Tribal Liaison
US Army Corps of Engineers-Tribal Nations Technical Center of Expertise
[redacted]

https://www.spa.usace.army.mil/Missions/TNTCX/

Please note: Our out of the office notification has been disabled. If I do not respond to your message in a few days, I may be out of the office. I will respond as soon as I am able. Thank you.

The U.S. Army Corps of Engineers Tribal Policy Principles: Recognize Tribal sovereignty – Honor the Trust responsibility – Engage in government-to-government relationships- Engage in pre-decisional Consultation – Promote economic capacity building and growth – Protect natural and cultural resources. USACE will comply with the Native American Graves Protection and Repatriation Act and act to ensure reasonable access to sacred sites.

---

**From:** Sunshine Bear [redacted]
**Sent:** Monday, July 19, 2021 11:46 AM
**To:** Buller, Justin C CIV USARMY HQDA OGC (USA) [redacted]
**Cc:** Gilfillan, Mark A CIV USARMY CESPA (USA) [redacted]
**Subject:** Re: [Non-DoD Source] Re: Winnebago Tribe of Nebraska Students

Sounds good to me thanks!

**Respectfully,**

*Sunshine Thomas-Bear*

*Wihokiri Wiga*

Cultural Preservation Director

THPO Office/Angel De Cora Museum

Little Priest Tribal College - Thunder Clan Building

[redacted]

**"Just because something works doesn't mean it can't be improved."**

CONFIDENTIALITY NOTICE: This email, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.

---

**From:** Buller, Justin C CIV USARMY HQDA OGC (USA)
**Sent:** Monday, July 19, 2021 12:44 PM
**To:** Sunshine Bear
**Cc:** Gilfillan, Mark A CIV USARMY CESPK (USA)
**Subject:** RE: [Non-DoD Source] Re: Winnebago Tribe of Nebraska Students

Yes, that would likely be best...so maybe a phone call and then later we could travel to you to meet with the appropriate representatives.

Justin Buller
Associate Deputy General Counsel
Department of the Army
Office of the General Counsel
[redacted]

The information contained in this email and any accompanying attachments may constitute attorney work product and/or client advice, which are legally privileged. This information is for official use only. It should not be released to unauthorized persons and should be maintained in a separate file. If you are not the intended recipient of this information, any disclosure, copying, distribution, or taking of any action in reliance on this information is prohibited. If you receive this email in error notify us immediately by return email.

**From:** Sunshine Bear [redacted]
**Sent:** Monday, July 19, 2021 1:43 PM
**To:** Buller, Justin C CIV USARMY HQDA OGC (USA) [redacted]
**Cc:** Gilfillan, Mark A CIV USARMY CESPK (USA) [redacted]
**Subject:** Re: [Non-DoD Source] Re: Winnebago Tribe of Nebraska Students

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Would you like the initial meeting with myself and then meet with others?

**Respectfully,**


*Sunshine Thomas-Bear*

*Wihokiri Wiga*

Cultural Preservation Director

THPO Office/Angel De Cora Museum

Little Priest Tribal College - Thunder Clan Building

[redacted]


**"Just because something works doesn't mean it can't be improved."**

CONFIDENTIALITY NOTICE: This email, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure or

distribution is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.

---

**From:** Buller, Justin C CIV USARMY HQDA OGC (USA)
**Sent:** Monday, July 19, 2021 12:41 PM
**To:** Sunshine Bear
**Cc:** Gilfillan, Mark A CIV USARMY CESPK (USA)
**Subject:** RE: [Non-DoD Source] Re: Winnebago Tribe of Nebraska Students

Let's do the meeting prior to completing the documents. As I am sure you have experienced sometimes government documents are painful and maybe not a clear as they could be and as such Mark and I have found that sometimes a meeting prior is extremely helpful in expediting an approved request.

Justin Buller
Associate Deputy General Counsel
Department of the Army
Office of the General Counsel
[redacted]

The information contained in this email and any accompanying attachments may constitute attorney work product and/or client advice, which are legally privileged. This information is for official use only. It should not be released to unauthorized persons and should be maintained in a separate file. If you are not the intended recipient of this information, any disclosure, copying, distribution, or taking of any action in reliance on this information is prohibited. If you receive this email in error notify us immediately by return email.

**From:** Sunshine Bear [redacted]
**Sent:** Monday, July 19, 2021 1:38 PM
**To:** Buller, Justin C CIV USARMY HQDA OGC (USA) [redacted]
**Cc:** Gilfillan, Mark A CIV USARMY CESPK (USA) [redacted]
**Subject:** [Non-DoD Source] Re: Winnebago Tribe of Nebraska Students

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Justin

Thank you for the reply! Yes we will move forward with the process. I will be awaiting documents that I will need to fill out then we can set up a meeting after you have received those documents?

**Respectfully,**

*Sunshine Thomas-Bear*

*Wihokiri Wiga*

Cultural Preservation Director

THPO Office/Angel De Cora Museum

Little Priest Tribal College - Thunder Clan Building

[redacted]

**"Just because something works doesn't mean it can't be improved."**

CONFIDENTIALITY NOTICE: This email, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.

---

**From:** Buller, Justin C CIV USARMY HQDA OGC (USA)
**Sent:** Monday, July 19, 2021 12:34 PM
**To:** Sunshine Bear
**Cc:** Gilfillan, Mark A CIV USARMY CESPK (USA)
**Subject:** RE: Winnebago Tribe of Nebraska Students

Good afternoon Sunshine Thomas-Bear,

Greetings from Washington DC.

Thank you for reaching out to me. Mark Gilfillan (copied) can provide the documents that would need to be completed and provided to us to move forward with disinterments. That said I recommend that we at least do a teleconference or an in person meeting prior to completing the documents so that we can fully explain the program to your Tribal leaders and Families.

Please let us know how you would like to proceed.

Thank you,
Justin

Justin Buller
Associate Deputy General Counsel
Department of the Army
Office of the General Counsel
[redacted]

The information contained in this email and any accompanying attachments may constitute attorney work product and/or client advice, which are legally privileged. This information is for official use only. It should not be released to unauthorized persons and should be maintained in a separate file. If you are not the intended recipient of this information, any disclosure, copying, distribution, or taking of any action in reliance on this information is prohibited. If you receive this email in error notify us immediately by return email.

---

**From:** Sunshine Bear [redacted]
**Sent:** Friday, July 16, 2021 10:57 AM
**To:** Buller, Justin C CIV USARMY HQDA OGC (USA) [redacted]
**Subject:** [Non-DoD Source] Winnebago Tribe of Nebraska Students

Justin,

Hello my name is Sunshine Thomas-Bear and I am the THPO for the Winnebago Tribe of Nebraska. I have been in contact with Jim at the Carlisle Indian School Project and have found that two of our children are buried at Carlisle. I am unsure about the remains recently found but that is what there is on record so far. I am inquiring about the process to return our children home and if there are others. Below is my contact information. Pinagigi.

**Respectfully,**

*Sunshine Thomas-Bear*

*Wihokiri Wiga*

Cultural Preservation Director

THPO Office/Angel De Cora Museum

Little Priest Tribal College - Thunder Clan Building

[redacted]

[redacted]

[redacted]

[redacted]

**“Just because something works doesn’t mean it can’t be improved.”**

CONFIDENTIALITY NOTICE: This email, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.

CONFIDENTIALITY NOTICE: The information included in this email, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or similar action is prohibited. If this email was sent in error and/or you are not the intended recipient, please contact the sender and delete all copies of the original message immediately.