# PLAINTIFF'S EXHIBIT 5

# WINNEBAGO TRIBE OF NEBRASKA

[redacted]

Visit us at: www.winnebagotribe.com

October 12, 2023

Department of Defense
Office of the Secretary of Defense
Lloyd J. Austin III
Secretary of Defense
1000 Defense Pentagon, Washington, DC 20301-1000

Department of the Army
Christine E. Wormuth
Secretary of the Army
101 Army Pentagon, Washington, DC 20310-0101

Department of the Army
Office of Army Cemeteries
Karen Durham-Aguilera
Executive Director
1 Memorial Avenue
Arlington, Virginia 22211-5003

Department of the Army
Office of Army Cemeteries
Renea C. Yates
Director
1 Memorial Avenue
Arlington, Virginia 22211-5003

Department of the Army
Lt. Col. Priscella A. Nohle
Garrison Commander, Carlisle Barracks
22 Ashburn Dr.
Carlisle, Pennsylvania 17013-5006

RE: Request to Repatriate Winnebago Children from Carlisle Barracks Post Cemetery

To Secretary of Defense Lloyd J. Austin III, Secretary of the Army Christine E. Wormuth, Executive Director Karen Durham-Aguilera, Director Renea C. Yates, and Lieutenant Colonel Priscella A. Nohle:

The Winnebago Tribe of Nebraska ("the Tribe") requests the repatriation of Samuel Gilbert and Edward Hensley from the Carlisle Indian Industrial School cemetery, now known as the Carlisle Barracks Post Cemetery ("Carlisle Cemetery"), in Carlisle, Pennsylvania, pursuant to the Native American Graves Protection and Repatriation Act ("NAGPRA"). The Tribe requests that the Department of Defense ("DOD"); the Department of the Army ("DOA"); the Office of Army Cemeteries ("OAC") repatriate Samuel and Edward expeditiously in accordance with 25 U.S.C. 3005(a)(4) and 43 C.F.R. 10.2(a). Under 25 U.S.C. 3005(a)(4) Native American human remains "shall be expeditiously returned where the requesting Indian tribe...can show cultural

affiliation by a preponderance of the evidence based upon geographical, kinship, biological, archaeological, anthropological, linguistic, folkloric, oral traditional, historical, or other relevant information or expert opinion." The Tribe's request fulfills this standard.

In accordance with 25 U.S.C. 3005(a)(3), 43 C.F.R. 10.10(d), and other applicable NAGPRA provisions and regulations, DOD, DOA, and OAC are required to consult with the Tribe in the repatriation process. DOD, DOA, and OAC are also required to consult with the Tribe pursuant to their trust responsibility and in accordance with Executive Order 13175 and 13647 as well as per DOD internal policies controlling Tribal consultations. All federal agencies and officials, including DOD, DOA, OAC, and their respective officials are required to abide by NAGPRA provisions and regulations and to carry out repatriation of Native American human remains in accordance therewith. 25 U.S.C. § 3001(4); 43 C.F.R. 10.2(a)(2). As such, the Tribe is entitled to robust consultation and, ultimately, the repatriation of Edward and Samuel pursuant to NAGPRA.

Both Winnebago oral history and archival research show that Edward and Samuel are culturally affiliated with the Winnebago Tribe of Nebraska. Further, Edward and Samuel's Carlisle student cards show that Edward and Samuel are affiliated with the Tribe. Samuel and Edward were sent to Carlisle together from the Omaha and Winnebago Agency located in present day Winnebago, Nebraska on September 7, 1895. Samuel died less than two months after his arrival on October 24, 1895. Edward died on June 29, 1899. Carlisle officials not only failed to return Samuel and Edward to their home, but further failed to provide notice to their tribal family of their deaths. The Tribe believes that Samuel and Edward have been waiting to come home to Winnebago for over 100 years.

The collection of remains of Indian children at Carlisle Cemetery fall under NAGPRA and, thus, it is improper to follow OAC policies to handle disposition of remains therein. Furthermore, OAC policies are unwieldy or impossible to apply with candor and consistency to remains at Carlisle Cemetery. For example, per OAC's internal disinterment and return process, only the "closest living relative" of a child buried at Carlisle Cemetery is allowed to request the return of the deceased child. Samuel and Edward have many relatives alive today who claim close familial ties to them. Neither child had children of their own to be able to identify a direct lineal descendent. Finding a "closest living relative" is thus confusing and divisive. Thus, the place and manner of their disposition should be driven and determined by the Tribe, exercising its sovereign prerogative to request repatriation under NAGPRA.

In 2021, DOA officials discussed OAC's internal process for the disinterment and return of children from Carlisle Cemetery with the Tribe's Tribal Historic Preservation Office. In those discussions, a DOA official characterized the internal process as "painful" and the government documents OAC requires as "maybe not as clear as they could be." To the contrary, the Tribe is familiar with NAGPRA's repatriation framework. Under NAGPRA, the Tribe has successfully facilitated the return of many Winnebago relatives for over 30 years. The Tribe is unwilling to participate in a process that the DOA's own officials have characterized as painful and unclear.

NAGPRA requires DOD, DOA, OAC and other agencies and officials receiving this letter, to respond to this request within ninety (90) days of receipt. 43 C.F.R. 10.10(b)(2). The Tribe sincerely urges recipients of this letter to contact the Tribe to begin the process to expeditiously repatriate Samuel and Edward pursuant to NAGPRA. The Tribe will make reasonable efforts to work with DOD, DOA, and OAC to complete the repatriation process in

accordance with NAGPRA and its regulations. From the Company "A" Omaha Scouts to our present day servicemembers, many of our Tribal members have served honorably in the United States Armed Forces. The Tribe has historically shown DOA respect and honor and it expects the same in the repatriation of Samuel and Edward.

The Winnebago Tribe looks forward to working with the DOD, DOA, and OAC to bring Edward and Samuel home expeditiously, respectfully, and pursuant to NAGPRA. Please respond to this letter and send all communications through the General Counsel for the Winnebago Tribe, Danelle Smith, Big Fire Law & Policy Group, LLP, at [redacted]. The Tribe will only accept and respond to written communications from DOD, DOA, and OAC addressed to the Tribe's General Counsel regarding this request and the matters it concerns.

Sincerely,

Victoria Kitcheyan
Chairwoman