# PLAINTIFF'S EXHIBIT 6

**Subject:** FW: Letter from Winnebago Tribe Requesting Return of Members Buried at Carlisle Barracks

**From:** Danelle Smith
**Sent:** Monday, November 6, 2023 11:53 AM
**To:** Buller, Justin C CIV USARMY HQDA OGC (USA) [redacted]
**Cc:** Yates, Renea C CIV USARMY HQDA ANMC (USA) [redacted]; Koenig, Christopher J Jr CIV USARMY HQDA (USA) [redacted]
**Subject:** RE: Letter from Winnebago Tribe Requesting Return of Members Buried at Carlisle Barracks

Dear Mr. Buller,
The Tribe understands that the Army regards this matter as highly complex, but the Tribe does not. The Tribe's sole question is whether the Army will work with the Tribe to complete repatriation pursuant to 25 U.S.C. 3005(a)(4). If the Army's answer is yes, the Tribe was expecting to have further correspondence, and the Tribe is ready to plan a call as soon as possible to begin planning repatriation. If the Army's answer is no, then the Tribe is entitled to an official written response from the Army articulating the basis upon which the Army is denying the Tribe's request.

Under NAGPRA, after receipt of a Tribe's NAGPRA request, the Army has a 90-day regulatory deadline to complete repatriation, unless the Tribe consents to an alternative timeline. Thus, time is of the essence. The Tribe's sovereign interests are greater threatened the longer the Army delays consultation to plan repatriation pursuant to NAGPRA. The Tribe expects the Army to treat this matter with a level of urgency required to comply with its NAGPRA duties.

Thank you,
Danelle

**Danelle J. Smith** | **Partner**
[redacted]
BIG FIRE LAW & POLICY GROUP LLP

The information contained in this e-mail transmission (including any accompanying attachment (s) is intended solely for its authorized recipient (s) and may be confidential and /or legally privileged. If you are not an intended recipient, or responsible for delivering some or all of this transmission to an intended recipient, you have received this transmission in error and are hereby notified that you are strictly prohibited from reading, copying, printing, distributing, or disclosing any of the information contained in it. In that event, please contact us immediately by telephone [redacted] and delete the original and all copies of this transmission including any attachments without reading or saving in any manner. If you are a client of our firm, this confirms that communication to you by e-mail is an acceptable way to transmit attorney-client information. Thank you.

**From:** Buller, Justin C CIV USARMY HQDA OGC (USA) [redacted]
**Sent:** Friday, November 3, 2023 4:32 PM
**To:** Danelle Smith [redacted]
**Cc:** Yates, Renea C CIV USARMY HQDA ANMC (USA) [redacted]; Koenig, Christopher J Jr CIV USARMY HQDA (USA) [redacted]
**Subject:** RE: Letter from Winnebago Tribe Requesting Return of Members Buried at Carlisle Barracks

Hi Ms. Smith,

I appreciate your response.

With regard to your questions, this matter is highly complex and cannot be addressed with simple yes or no answers from the Army. As such I reiterate my request to arrange a virtual meeting in late November or early December.

Thank you
Justin

Justin Buller
Associate Deputy General Counsel
Department of the Army
Office of the General Counsel
[redacted]

The information contained in this email and any accompanying attachments may constitute attorney work product and/or client advice, which are legally privileged. This information may also contain Controlled Unclassified Information. It should not be released to unauthorized persons and should be maintained in a separate file. If you are not the intended recipient of this information, any disclosure, copying, distribution, or taking of any action in reliance on this information is prohibited. If you receive this email in error, notify us immediately by return email.

---

**From:** Danelle Smith [redacted]
**Sent:** Friday, November 3, 2023 4:35 PM
**To:** Buller, Justin C CIV USARMY HQDA OGC (USA) [redacted]
**Cc:** Yates, Renea C CIV USARMY HQDA ANMC (USA) [redacted]; Koenig, Christopher J Jr CIV USARMY HQDA (USA) [redacted]
**Subject:** [Non-DoD Source] RE: Letter from Winnebago Tribe Requesting Return of Members Buried at Carlisle Barracks

Dear Mr. Buller,

Thank you for your reply. The Tribe is aware that the Army has returned 32 Native children pursuant to internal OAC policies. However, the Tribe requested the repatriation of Samuel and Edward pursuant to the terms of NAGPRA and its regulations. The Tribe's NAGPRA request explained why NAGPRA is the controlling law requiring repatriation. Will the Army commit to following NAGPRA to comply with the Tribe's request to repatriate the boys to the Tribe pursuant to 32 U.S.C 3005(a)(4)?

Kind regards,

**Danelle J. Smith** | **Partner**
[redacted]
BIG FIRE
LAW & POLICY GROUP LLP



**Plaintiff's Exhibit 6**
**Page 2**

The information contained in this e-mail transmission (including any accompanying attachment (s) is intended solely for its authorized recipient (s) and may be confidential and /or legally privileged. If you are not an intended recipient, or responsible for delivering some or all of this transmission to an intended recipient, you have received this transmission in error and are hereby notified that you are strictly prohibited from reading, copying, printing, distributing, or disclosing any of the information contained in it. In that event, please contact us immediately by telephone [redacted] and delete the original and all copies of this transmission including any attachments without reading or saving in any manner. If you are a client of our firm, this confirms that communication to you by e-mail is an acceptable way to transmit attorney-client information. Thank you.

---

**From:** Buller, Justin C CIV USARMY HQDA OGC (USA) [redacted]
**Sent:** Thursday, November 2, 2023 2:19 PM
**To:** Danelle Smith [redacted]
**Cc:** Yates, Renea C CIV USARMY HQDA ANMC (USA) [redacted]; Koenig, Christopher J Jr CIV USARMY HQDA (USA) [redacted]
**Subject:** Letter from Winnebago Tribe Requesting Return of Members Buried at Carlisle Barracks

Dear Ms. Smith,

Greetings from Washington DC. I am the lead attorney for Native American Affairs for the U.S. Army and I am responding to the letter dated 12 October from the Chairwoman Kitcheyan of the Winnebago Tribe of Nebraska.

The U.S. Army operates Carlisle Barracks and the cemetery located there, and as such has responsibility for the ongoing program to assist Tribal Families in the return of their relatives buried in the cemetery. The Army assumed responsibility for the cemetery after the Carlisle Indian Industrial School closed in 1918, and the property (to include the cemetery) was transferred from the Indian Bureau to the Army. Since 2017 the Office of Army Cemeteries has returned 32 Native children from 14 Tribes and two Alaskan Native Villages to their Families. We are committed to working with the Winnebago Tribe of Nebraska and their Families to return their children to them.

I am requesting to arrange a time in late November or early December for the two of us, and a small group of our clients as appropriate, to have a virtual (zoom or TEAMs) discussion to discuss how we can work together to accomplish the Chairwoman's request. I look forward to hearing from you and working together to help return the Winnebago children to their Families.

Sincerely,
Justin

Justin Buller
Associate Deputy General Counsel
Department of the Army
Office of the General Counsel
[redacted]

The information contained in this email and any accompanying attachments may constitute attorney work product and/or client advice, which are legally privileged. This information may also contain Controlled Unclassified Information. It should not be released to unauthorized persons and should be maintained in a separate file. If you are not the intended recipient of this information, any disclosure, copying, distribution, or taking of any action in reliance on this information is prohibited. If you receive this email in error, notify us immediately by return email.