# PLAINTIFF'S EXHIBIT 7

**DEPARTMENT OF THE ARMY**
OFFICE OF ARMY CEMETERIES
1 MEMORIAL AVENUE
ARLINGTON, VIRGINIA 22211-5003

December 7, 2023

Office of the Executive Director

Danelle J. Smith
[redacted]

Dear Mrs. Smith:

Thank you for the October 12, 2023, Winnebago Tribal letter to the Secretary of Defense and Secretary of the Army and your November 6, 2023, email addressed to Mr. Buller and the Office of Army Cemeteries concerning the return of Samuel Gilbert and Edward Hensley pursuant to 25 U.S.C. 3005(a)(4). This letter serves as the Army's official written response articulating the basis upon which the Army cannot repatriate these children under Native American Grave Protection and Repatriation Act (NAGPRA) 25 United States Code, Chapter 32.

The disinterment and return of Samuel and Edward can be conducted in a dignified and respectful manner under the authority of Army Regulation 290-5, in accordance with the Native American Graves Protection and Repatriation Act (NAGPRA) savings clauses at 25 U.S. Code § 3009. Individually named graves located within the Carlisle Barracks Post Cemetery do not constitute "holdings or collections" of the Army (§ 3003(a)). Further, Federal Courts have held that NAGPRA (§ 3002) does not require the Army to engage in the intentional excavation or exhumation of a grave.

The disinterment and return of both children can be conducted entirely at the Army's expense. Specifically, the Army will fund up to four individuals (two family members, a spiritual representative, and a Tribal member) travel to and from Carlisle Barracks to allow their presence during the disinterment and will cover the costs of a casket and a standard government headstone to mark their final interment location. Finally, the Army welcomes, at private expense, as many additional Family and Tribal members as desired to attend the transfer ceremony conducted prior to their final journey home.

We are honored that the Winnebago Tribe of Nebraska remains interested in the dignified return of their loved ones. The Army continues to offer a virtual or in person meeting to discuss their dignified and respectful return.

My point of contact for this action is Ms. Renea Yates, Director, Office of Army Cemeteries, [redacted].

Sincerely,

Karen Durham-Aguilera
Executive Director