# PLAINTIFF'S EXHIBIT 8

**Based on Army Regulation 290-5**

**Disinterment of remains**

*a.* Each request for disinterment of Native American remains from Carlisle Barracks Post Cemetery will be addressed to the Executive Director of the Office of Army Cemeteries for approval. The request will include the following documents:

(1) Notarized affidavit by the closest living relative of the decedent requesting the disinterment. This document includes the reason for the proposed disinterment.

(2) A sworn statement by a person knowing that the person who supplied the affidavit is the closest living relative of the deceased.

Samples of affidavits are shown below:

As of July 2023

**REQUEST FOR DISINTERMENT**

I, ______________________________ [insert the name of the requestor] hereby request the disinterment of the remains of my ________________________________________________ [insert relationship to your ancestor; *example: Uncle or Aunt*] from Carlisle Barracks Post Cemetery. I understand that the Army has pledged to honor this request at no personal cost to myself.

The decision that the remains of the decedent be interred at Carlisle Barracks was made by the administrators of the Carlisle Indian Industrial School. Due to the passage of time, all those involved in making that decision are deceased.

This disinterment is requested because ________________________________________________
________________________________________________________________________________ [insert reason(s) that disinterment is desired; *example: Carlisle Barracks is too distant from my ancestor's homeland*].

I hereby certify that I am the closest living relative of the late [insert name of the deceased].

Signed on this ______________________ [date]

_______________________________________

[signature of closest living relative]

_______________________________________

[printed name of closest living relative]

Sworn to and subscribed before me on this __________________________ [date]

[name and signature of Notary Public]

Notary Public

My commission expires _____________ [date]

[Seal]

**THIRD PARTY STATEMENT**

I, ________________________________________ [insert name of person making this statement], hereby signify that _____________________________________ [insert name of relative requesting disinterment] is the closest known living relative of _____________________ [name of the deceased for who's return is being requested].

Signed on this ____________________ [date]

______________________________________

[signature of person making the above statement]

______________________________________

[printed name of person making the above statement]

Sworn to and subscribed before me on this ________________________ [date]

[name and signature of Notary Public]

Notary Public

My commission expires ____________ [date]

[Seal]