# PLAINTIFF'S EXHIBIT 9

**Based on Army Regulation 290-5, Section 3-7**

**Disinterment of remains**

*a.* Each request for disinterment of Native American remains from Carlisle Barracks Post Cemetery will be addressed to the Executive Director, Office of Army Cemeteries for approval. Requests should be emailed to: usarmy.pentagon.hqda-anmc.mbx.accountability-coe@army.mil.

*b.* The request will include the following documents:

(1) Notarized affidavit by the closest living relative of the decedent requesting the disinterment. This document includes the reason for the proposed disinterment.

(2) A notarized sworn statement by a person knowing that the person who supplied the affidavit is the closest living relative of the deceased.

Samples of affidavits are shown in Figures 2–1, 2–2.

As of March 2022

SAMPLE AFFIDAVIT

Figure 2-1: This document is to be completed and signed by the closest living relative of the deceased

To: Executive Director, Office of Army Cemeteries, Arlington, VA 22211-5003

I hereby request the disinterment of the remains of my ___________________________________ [insert relationship to your ancestor; *example: Great Aunt*] from Carlisle Barracks Post Cemetery. I understand that the Office of Army Cemeteries has pledged to honor this request at no personal cost to myself.

The decision that the remains of the decedent be interred at Carlisle Barracks was made by an ancestor and the administrators of the Carlisle Indian Industrial School. Due to the passage of time, all those involved in making that decision are deceased.

This disinterment is requested because _______________________________________________ [insert reason(s) that disinterment is desired; *example: Carlisle Barracks is too distant from my ancestor's homeland for me to visit and leave offerings at the gravesite*].

I hereby certify that I am the closest living relative of the late [insert name of the deceased].

Signed on this [date]

[name and signature of closest living relative]

Sworn to and subscribed before me on this [date] day of [month year]

[name and signature of Notary Public]

Notary Public

My commission expires [date]

[Seal]

SAMPLE STATEMENT

Figure 2-2: This document is to be completed and signed by someone who knows the family or by another family member. The person who signs this form must be someone other than the requestor.

To WHOM IT MAY CONCERN:

I, [insert full name], hereby signify that [insert name of relative making request] is the closest known living relative of [name of the deceased].

| | | |
|---|---|---|
| Signature | Printed Name | Address |

Sworn to and subscribed before me on this [date] day of [month year]

[name and signature of Notary Public]
Notary Public

My commission expires [date]

[Seal]