# PLAINTIFF'S EXHIBIT 10

*Hinon'einino'*
Northern Arapaho Tribe
TRIBAL HISTORIC PRESERVATION OFFICE
[redacted]

January 8, 2015

Subject: Northern Arapaho Repatriation

LTC Greg W. Ank, Garrison Commander
U.S. Army Garrison
[redacted]

Garrison Commander,

The Northern Arapaho Tribal Historic Preservation Office (NATHPO) represents the Northern Arapaho Business Council, the official governing body of the Tribe, on all issues pertaining to the Native American Graves Protection and Repatriation Act (NAGPRA) and other issues of cultural resource protection. I am the director of NATHPO and would like to formally begin correspondence with you in this capacity.

NATHPO is aware of three (3) Northern Arapaho students interred at the Army War College:

Horace Washington
Hayes Vanderbilt Friday "Charles" "Little Plume"
Dickens Nor "Little Chief"

I have had former communications with Thomas G. Kane, Installation Legal Officer at the Army War College back in 2007 regarding Dickens Nor "Little Chief." In his letter addressed to me, dated September 25, 2007, he notes that the remains of Indian Children who died at Carlisle are in a cemetery that has become part of your community and they would "hate to disrupt such a tranquil site, if it can be avoided." He also states that many visitors, foreign and domestic visit the cemetery daily and "the cemetery represents one of the most beautiful tributes to the Native American people." (see attached letter).

Our ancestors should not be a tourist attraction. Our ancestors are no longer considered objects of research; they will no longer be considered road side attractions. These children were people; they were sons, daughters, nieces, nephews, future war chiefs, future mothers, grandmothers, grandfathers, and care takers of this land. For them to be taken away and never given back is appalling.

NATHPO is asking that the Army War College be forthcoming with the remains of these children. The Tribe, through NATHPO, will exercise its rights under NAGRPRA to seek the repatriation of the Northern Arapaho students buried at the Carlisle Barracks Cemetery. It is our sovereign right and duty to make sure our ancestors are returned home where they belong. We understand that these children died over a hundred years ago and were buried in wooden boxes so the remains may be difficult to ascertain. However, the United States Military repatriates empty coffins when human remains are not found of loved ones; this is an option that we are willing to consider.

This action of repatriation is more than a movement; it is a healing of tribal wounds created by racism, stereotypes and genocide perpetuated in native communities through Trans-Generational Historic Trauma. No longer will we be told to wait. Our tribal communities need to heal.

NATHPO has requested that all tribes who have interred tribal members unite and come forward for their relatives by March 1st, 2016. After March 1, 2016 NATHPO will move forward with a formal request of repatriation of our ancestors interred at the Carlisle Barracks Cemetery, Army War College.

We have also received support from Rose Salamanca, a Conciliation Specialist in the Community Relations Service of the Department of Justice (DOJ), to facilitate a meeting for parties involved and their representatives from tribes and communities to ensure the NAGPRA compliance and the NAGPRA process is carried through.

Northern Arapaho Tribal Historic Office will wait for the Department of Justice to contact your office so we can move forward in facilitating a time and place for a meeting.

Thank you for your time and effort in this project. NATHPO will stay in contact and continue to work towards the repatriation of our ancestors and we are hopeful that previous correspondence with your institution is not indicative of how the process of repatriation will continue.

*Yufna Soldier Wolf*

NATHPO Director

[redacted]

The Native American Graves Protection and Repatriation Act(NAGPRA), Pub. L. 101-601, 25 U.S.C. 3001 et seq., 104 Stat. 3048, is a United States federal law enacted on 16 November 1990.The Act requires federal agencies and institutions that receive federal funding[1] to return Native American "cultural items" to lineal descendants and culturally affiliated Indian tribes and Native Hawaiian organizations. Cultural items include human remains, funerary objects, sacred objects, and objects of cultural patrimony.