# PLAINTIFF'S EXHIBIT 11

armycemeteries.army.mil/Cemeteries/Carlisle-Barracks-Main-Post-Cemetery

OFFICE OF
ARMY CEMETERIES

Home About Us Cemeteries Resources

# Carlisle Barracks Main Post Cemetery

