**DEPARTMENT OF THE ARMY**
**UNITED STATES ARMY LEGAL SERVICES AGENCY**
**9275 GUNSTON ROAD**
**FORT BELVOIR VA 22060-5546**

29 February 2024

**Exhibit A to**
**Defendants' May 3, 2024, Motion to Dismiss**
***Winnebego Tribe of Nebraska v. United States Army et al.***
**24-cv-78-CMH-IDD**

Beth Margaret Wright
Native American Rights Fund (CO-NA)
250 Arapaho Avenue
Boulder, CO 80302

Danelle Jeanine Smith
Big Fire Law & Policy Group LLP
272 Ho-Chunk Plaza Suite A
Winnebago, NE 68071

Gregory Alan Werkheiser
Cultural Heritage Partners, PLLC
1811 E. Grace St
Richmond, VA 23223

Jason Searle
Native American Rights Fund
250 Arapahoe Avenue
Boulder, CO 80302

Wesley James Furlong
Native American Rights Fund
745 West 4th Avenue Suite 502
Anchorage, AK 99501

Jessica Krauss
CULTURAL HERITAGE PARTNERS
1811 East Grace Street
Richmond, VA 23223

Dear Attorneys Representing the Winnebago Tribe of Nebraska:

The Department of the Army is aware of the complaint your client filed on January 17, 2024, seeking return of the remains of Edward Hensley and Samuel Gilbert from the Carlisle Barracks Post Cemetery. As you are aware, the United States Army, through the Office of Army Cemeteries, has been working with representatives of the Winnebago Tribe of Nebraska to secure the return of the remains of Edward and Samuel to their relatives at the Army's expense. For several reasons, described below, we understand that Edward's and Samuel's living relatives (or at least some of them)

are known, which makes us optimistic that repatriation of their remains for burial according to Winnebago tradition will not pose any difficulties.

On October 7, 2022, Ms. Meredith Trautt, the Tribal Liaison for the Department of the Army, spoke with Ms. Sunshine Thomas-Bear, Tribal Historic Preservation Officer for the Winnebago Tribe of Nebraska. At that time Ms. Trautt walked Ms. Thomas-Bear through the Army's process for returning Edward's and Samuel's remains to their closest living relatives, which begins with a written request from the relatives. Ms. Thomas-Bear informed Ms. Trautt that the Tribe was in contact with the relatives, so that having them make the request for the return of the remains would not be an issue.

Additionally, Mr. Justin Buller, Associate Deputy General Counsel, U.S. Army, attended a meeting in September 2021 with the Winnebago Tribe where he was introduced to several Tribe members who said they were relatives of Edward and Samuel. Although Mr. Buller did not retain the names of the individuals, the discussion suggests that the identities of some of the boys' living relatives are known. We also recently became aware of an article published by the Winnebago Indian News about a meeting that took place on May 9, 2023, at the Little Priest Tribal College Auditorium with community members, counsel for the Native American Rights Fund and Big Fire Law, where two self-identified relatives of Edward, Thelma Whitewater and Charles Hindsley, were in attendance. I have attached that article to this letter for your reference.

The complaint filed in this case claims that the Tribe is unaware of the relatives of Edward and Samuel and that it "would be challenging if not impossible" to determine the closest living relative. While the Tribe may not be able to determine the closest living relative, it seems that the Tribe is aware of at least some of the relatives of Edward and will hopefully have the same information for Samuel. As the Army has communicated to the Winnebago, if the living relatives of Edward and Samuel determine who will represent them as the closest known living relative and make a request for the return of their family members' remains, the Army will carry out that request at Army expense. The Army therefore plans to reach out to the self-identified relatives as a demonstration of its commitment to carry out the families' wishes.

In order to return the remains with the least amount of delay, I am requesting that the Tribe provide the names and contact information of the relatives of Samuel and any other living relatives of Edward beyond Ms. Whitewater and Mr. Hindsley. It is our hope and expectation that in this manner these relatives' and the Tribe's wishes can be fulfilled expeditiously. Please provide any response to this letter to Andrew Corimski at (703) 981-3319 or andrew.j.corimski.civ@army.mil.

Sincerely,

Andrew J. Corimski
Litigation Attorney, U.S. Army
Environmental Law Division