UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

WINNEBAGO TRIBE OF NEBRASKA, a federally recognized Indian Tribe,
Plaintiff,
v.

UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE ARMY, OFFICE OF ARMY CEMETERIES; CHRISTINE E. WORMUTH, KAREN DURHAM-AGUILERA, RENEA C. YATES, Lieutenant Colonel PRISCELLA A. NOHLE, in their official capacities,
Defendants.

1:24-cv-78 - CMH-IDD

**JOINT MOTION TO ALTER THE REMAINING BRIEFING DEADLINES RELATING TO DEFENDANTS' MOTION TO DISMISS**

The parties, through their undersigned counsel, respectfully submit this joint motion to alter the remaining briefing deadlines with respect to Defendants' motion to dismiss. In support thereof, the parties set forth the following background and good cause for the requested scheduling relief.

1. Plaintiff brought this action under the Native American Grave Protection and Repatriation Act, 25 U.S.C. § 3001 *et seq*., seeking injunctive and declaratory relief related to the repatriation of the remains of two boys interred at the cemetery in Carlisle Pennsylvania. *See* Compl. (Dkt. No. 1).

2. On May 3, 2024, Defendants filed a motion to dismiss this action for failure to state a claim. *See* Dkt. Nos. 30-32. After conferring with Plaintiff's counsel to find a convenient date, Defendants noticed a hearing on their motion for July 12, 2024. *See* Dkt. No. 32.

3. Under this Court's Local Rules, Plaintiff's response to Defendants' motion to dismiss is currently due on May 17, 2024. *See* E.D. Va. Local Rule 7(F)(1). Defendants' reply would then be due on May 23, 2024. *See id.*
4. Counsel for both parties have pre-planned, pre-paid travel—both domestic and international—that significantly overlaps with these current deadlines. In order to allow the parties adequate time to prepare their written submissions and confer with their clients in light of these pre-scheduled travel plans, the parties therefore jointly and respectfully request that this Court grant their motion to alter the briefing deadlines as follows:
    a. Plaintiff shall file any response to Defendants' motion to dismiss on or before June 7, 2024; and
    b. Defendants shall file any reply in support of their motion to dismiss on or before June 21, 2024.
5. Granting the relief requested in this motion would not alter the already scheduled hearing date of July 12, 2024.
6. A proposed order is attached for the Court's convenience.

Dated: May 15, 2024

Respectfully submitted,

________/s/______________________
Gregory A. Werkheiser (VA Bar #45986)
Jennifer Morris
Cultural Heritage Partners, PLLC
1811 East Grace Street
Richmond, VA 23223
Phone: (703) 408-2002
greg@culturalheritagepartners.com

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JESSICA D. ABER
UNITED STATES ATTORNEY

______/s/________________

jessica@culturalheritagepartners.com

Danelle J. Smith (NE Bar #22717)
BIG FIRE LAW AND POLICY GROUP LLP
272 Ho-Chunk Plaza, Suite A
Winnebago, NE 68071
Phone: (402) 307-9905
dsmith@bigfirelaw.com

Beth Margaret Wright (CO Bar #55339)
Jason Searle (CO Bar #57042)
NATIVE AMERICAN RIGHTS FUND
250 Arapaho Avenue
Boulder, CO 80302
Phone: (303) 447-8760
wright@narf.org searle@narf.org

Wesley James Furlong (AK Bar #1611108)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 276-0680
wfurlong@narf.org

*Counsel for Plaintiff*

REBECCA S. LEVENSON
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3760
Fax: (703) 299-3983
Email: rebecca.s.levenson@usdoj.gov

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

Peter Kryn Dykema
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0482
peter.dykema@usdoj.gov
Phone: (202) 305 0436
Fax: (202) 305 0274

*Counsel for Defendants*