UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

WINNEBAGO TRIBE OF NEBRASKA, a federally recognized Indian Tribe,
Plaintiff,
v.

UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE ARMY, OFFICE OF ARMY CEMETERIES; CHRISTINE E. WORMUTH,
KAREN DURHAM-AGUILERA, RENEA C. YATES, Lieutenant Colonel PRISCELLA A. NOHLE, in their official capacities,
Defendants.

1:24-cv-78 - CMH-IDD

**[Proposed] ORDER**

Upon consideration of the parties' joint motion to alter the remaining briefing deadlines relating to Defendants' motion to dismiss, it is hereby

ORDERED that the parties' joint motion is GRANTED; and it is further

ORDERED that Plaintiff shall file any response to Defendants' motion to dismiss on or before June 7, 2024; and it is further

ORDERED that Defendants shall file any reply in support of their motion to dismiss on or before June 21, 2024.

Date: ____________________________________

UNITED STATES DISTRICT JUDGE