UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

WINNEBAGO TRIBE OF NEBRASKA, a federally recognized Indian Tribe,
Plaintiffs,
v.

UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE ARMY, OFFICE OF ARMY CEMETERIES; CHRISTINE E. WORMUTH, KAREN DURHAM-AGUILERA, RENEA C. YATES, Lieutenant Colonel PRISCELLA A. NOHLE, in their official capacities,
Defendants.

1:24-cv-78 - CMH-IDD

**NOTICE OF SUPPLEMENTAL AUTHORITY**

On June 28, 2024, the Supreme Court issued its decision in *Loper Bright Enterprises v. Raimondo*. In that decision the Court overruled the holding in *Chevron U.S.A. Inc. v. Natural Resources Defense Council, Inc.*, 467 U. S. 837 (1984), that courts should defer to agency interpretations of ambiguous statutory language in certain circumstances. For the court's convenience, a copy of the slip opinion in *Loper Bright* is attached.

In Defendants' filings in support of their motion to dismiss, we referenced *Chevron* as a secondary argument requesting deference to the Department of the Interior's regulations implementing the Native American Graves Protection and Repatriation Act. In light of *Loper Bright*, Defendants are hereby withdrawing that request for deference. Defendants stand by their principal statutory arguments for dismissal.

Counsel will be prepared, at the argument currently scheduled for July 12, to further discuss the *Loper Bright* decision. If this Court determines that oral argument would not aid the decisional

process and removes the July 12, 2024, argument from the calendar, Defendants stand ready to submit any additional briefing that the Court may seek on this legal development.

Dated: July 10, 2024

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

/s/
REBECCA S. LEVENSON
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3760
Fax: (703) 299-3983
Email: rebecca.s.levenson@usdoj.gov

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

Peter Kryn Dykema
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0482
peter.dykema@usdoj.gov
Phone: (202) 305 0436
Fax: (202) 305 0274

*Counsel for Defendants*

CERTFICATE OF SERVICE

I hereby certify that I will file the foregoing using the Court's electronic filing system which will cause service on all parties of record.

/s/ Peter Kryn Dykema