United States District Court for the Eastern District of Virginia

District of Alexandria

Docket Number 1:24-cv-78

Winnebago Tribe of Nebraska,

Plaintiff

v. ) ) ) ) Notice of Appeal

Department of the Army,
et al.,

Defendants

The Winnebago Tribe of Nebraska (name all parties taking the appeal)* appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on August 20, 2024 (state the date the judgment was entered).

(s) /s/ Gregory Werkheiser

Attorney for Plaintiff

Address: 1811 E Grace Street, Suite A

Richmond, Virginia 23223

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal]*

---

* See Rule 3(c) for permissible ways of identifying appellants.