UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WINNEBAGO TRIBE OF NEBRASKA, a federally recognized Indian Tribe,<br>Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE ARMY, OFFICE OF ARMY CEMETERIES; SECRETARY OF THE ARMY; KAREN DURHAM-AGUILERA, RENEA C. YATES, Lieutenant Colonel TORSTEN GOJOWSKY, in their official capacities,<br>Defendants. | 1:24-cv-78 - MSN-IDD |

**JOINT STATUS REPORT**

Pursuant to this Court's August 25, 2026, Order (ECF 62) the parties submit this Joint Status Report.

Following the decision and mandate by the United States Court of Appeals (ECF 57, 61), the parties have met and conferred regarding the future course of this lawsuit. The parties are discussing the amicable resolution of their dispute which would obviate the need for further litigation. Accordingly, and to facilitate settlement discussions, the parties respectfully suggest that the Court continue the status conference currently scheduled for September 18th. The parties propose to file a Joint Status Report by November 2, sixty days from the date of this filing, in order to appraise the Court of the parties' progress in resolving the case.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Gregory A. Werkheiser* (with permission)
Gregory A. Werkheiser (VA Bar No. 45986)
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street
Richmond, VA 23223
Tel. (703) 408-2002
greg@culturalheritagepartners.com

Jessie Danielle Young Barrington (VA Bar No. 100685)
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street
Richmond, VA 23223
Tel. (703) 408-2002
jessie@culturalheritagepartners.com

Danelle J. Smith (NE Bar No. 22717)*
BIG FIRE LAW AND POLICY GROUP LLP
272 Ho-Chunk Plaza, Suite A
Winnebago, NE 68071
Tel. (402) 307-9905
dsmith@bigfirelaw.com

Beth Margaret Wright (CO Bar No. 55339)*
Jason Searle (CO Bar No. 57042)*
NATIVE AMERICAN RIGHTS FUND
250 Arapaho Avenue
Boulder, CO 80302
Tel. (303) 447-8760
wright@narf.org
searle@narf.org

Wesley James Furlong (AK Bar No. 1611108)*
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Tel. (907) 276-0680
wfurlong@narf.org

*Counsel for Plaintiff Winnebago Tribe of Nebraska*

*Admitted *Pro Hac Vice*

TODD BLANCHE

ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/ *Dennis C. Barghaan, Jr.*
DENNIS C. BARGHAAN, JR.
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy and Natural Resources Division

Peter Kryn Dykema
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0482
peter.dykema@usdoj.gov
Phone: (202) 305 0436
Fax: (202) 305 0274

*Counsel for Defendants*