UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WINNEBAGO TRIBE OF NEBRASKA, a federally recognized Indian Tribe,<br>Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE ARMY, OFFICE OF ARMY CEMETERIES; SECRETARY OF THE ARMY; KAREN DURHAM-AGUILERA, RENEA C. YATES, Lieutenant Colonel TORSTEN GOJOWSKY, in their official capacities,<br>Defendants. | 1:24-cv-78 - MSN-IDD |

**JOINT STATUS REPORT**

Pursuant to this Court's September 4, 2026, Order (ECF 65), the parties submit this Joint Status Report.

Following the decision and mandate by the United States Court of Appeals for the Fourth Circuit (ECF 57, 61), the parties met and conferred regarding the future course of this lawsuit. On September 3, 2026, the parties submitted a joint status report requesting the Court continue the September 18, 2026, status conference and proposing to file a joint status report by November 2, 2026. On September 4, 2026, the Court cancelled the September 18 status conference and ordered the parties to file a joint status report by November 2.

The parties continue to engage in discussions regarding the future course of this lawsuit and the possibility of settlement. Accordingly, the parties respectfully request additional time to engage in further settlement discussions. The parties propose to file a joint status report on or

before January 31, 2027, ninety days from the date of this filing, in order to inform the Court of the parties' progress in resolving the case.

DATED: November 2, 2026

Respectfully submitted,

*/s/ Gregory A. Werkheiser*
Gregory A. Werkheiser (VA Bar No. 45986)
CULTURAL HERITAGE PARTNERS, PLLC
Jessie Danielle Young Barrington (VA Bar No. 100685)
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street
Richmond, VA 23223
Tel. (703) 408-2002
greg@culturalheritagepartners.com
jessie@culturalheritagepartners.com

Danelle J. Smith (NE Bar No. 22717)*
BIG FIRE LAW & POLICY GROUP LLP
272 Ho-Chunk Plaza, Suite A
Winnebago, NE 68071
Tel. (402) 307-9905
dsmith@bigfirelaw.com

*/s/ Beth Margaret Wright*
Beth Margaret Wright (CO Bar No. 55339)*
Jason Searle (CO Bar No. 57042)*
NATIVE AMERICAN RIGHTS FUND
250 Arapaho Avenue
Boulder, CO 80302
Tel. (303) 447-8760
wright@narf.org
searle@narf.org

Wesley James Furlong (AK Bar No. 1611108)*
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Tel. (907) 276-0680
wfurlong@narf.org

*Counsel for Plaintiff*

*Admitted *Pro Hac Vice*

TODD BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

*/s/ Dennis C. Barghaan, Jr.*
DENNIS C. BARGHAAN, JR.
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy and Natural Resources Division

Peter Kryn Dykema
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0482
peter.dykema@usdoj.gov
Phone: (202) 305 0436
Fax: (202) 305 0274

*Counsel for Defendants*